01-28-2021

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (CAMDEN)

IRA BLOOM PRO-SE
PETITIONER
v.                                    RE: CASE #
DAVID ORTIZ (WARDEN)        21-CV-0967 (RMB)
et-al    FORT-DIX

RECEIVED
FEB - 3 2021
AT 8:30
WILLIAM T. WALSH
CLERK

NOW COMES PETITIONER IRA BLOOM PRO-SE

PURSUANT TO RULE 15 TO ADD TO SUPPLEMENT OR ~~AMEND~~ ADDENDUM

TO ADD TO EXHIBITS THIS

NEW "CERTIFICATE OF COMPLETION"

(5) FIVE PART COURSE FROM OCTOBER 2020 TO 01-28-2021
"TURNING POINTS"
1) ATTITUDE OF CHANGE.
   STRESS MANAGEMENT
2) PREPARING TO CHANGE
3) ATTITUDES OF CHANGE
4) COPING WITH TIME (BUILDING ROUTINE)
5) BASIC COGNITIVE SKILLS
LAST INTRO TO CT. "CRIMINAL THINKING SERIES"

"SEE COPY ATTACHED CERTIFICATE"

SUBMITTED RESPECTFULLY
IRA BLOOM

# Certificate of
# COMPLETION

## Ira Bloom
#16695-014

For successful completion of
## Turning Points
on
## January 28, 2021



*L. Postorino, Psy.D.*
L. Postorino, Psy.D.
Staff Psychologist

IRA BLOOM #16695014
FEDERAL CORRECTIONAL INSTITUTE
FORT-DIX-WEST
P.O. BOX 2000
JB-MDL, NJ. 08640



Trenton P&DC NJ 086
FRI 29 JAN 2021 PM

X-RAYED

RECEIVED
FEB -3 2021
AT 8:30
WILLIAM T WALSH
CLERK

C/O
CLERK
OF
COURT

U.S. DISTRICT COURT
C/O CLERK OF COURT
MITCHELL H. COHEN U.S. COURTHOUSE
4TH & COOPER STREETS / ROOM 1050
CAMDEN, NJ. 08101

LEGAL
MAIL